IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DINA M. BENOIT | § | PLAINTIFF |
| | § | |
| v. | § Civil Action NO. 1:08cv391-LG-RHW | |
| | § | |
| MICHAEL BATES and | § | |
| UNITED PARCEL SERVICE | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [77] filed by the defendants, the Court, after a full review and consideration of the defendants' Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the defendants, pursuant to FED. R. CIV. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of November, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE